FILED
CLERK, U.S. DISTRICT COURT

MAY 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRELL GARY HIGHTOWER,<br><br>       Petitioner,<br><br>    v.<br><br>MIKE EVANS,<br><br>       Respondent. | Case No. CV 07-05148 MMM (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: May 20, 2008

_____
Margaret M. Morrow
United States District Judge