UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRELL GARY HIGHTOWER, ) | Case No. CV 07-5148-MMM(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| MIKE EVANS, Warden, ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: May 20, 2008

Margaret M. Morrow
United States District Judge